IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Bruno B. Calimas, | ) | No. CV 09-643-TUC-RCC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Conrad Graber, | ) | |
| Defendant. | ) | |

On July 13, 2010, the Honorable Bernardo P. Velasco, United States Magistrate Judge, filed a Report and Recommendation ("Recommendation") in this action (Docket No.10). The Recommendation advised the Court to DENY the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to Title 28, U.S.C. § 2241 (Docket No.1)

The Court considers the Recommendation (Docket No.10) to be thorough and well-reasoned. After a thorough and de novo review of the record, the Court will ADOPT the Recommendation of Magistrate Judge Velasco. Accordingly,

**IT IS HEREBY ORDERED** that the Court adopts Magistrate Judge Velasco's Report and Recommendation (Docket No. 10).

**IT IS FURTHER ORDERED** that the Petitioner's Petition is DENIED.

DATED this 29th day of July, 2010.

Raner C. Collins
United States District Judge